UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-00363-WYD

UNITED STATES OF AMERICA,

   Plaintiff,

v.

5. GUADALUPE CANO, a/k/a "Lupe",

   Defendant.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

   The Government's Motion for Leave to File Motion for Downward Departure Pursuant to U.S.S.G. § 5K1.1 (filed April 16, 2007) is **GRANTED**. The Motion for Downward Departure Pursuant to U.S.S.G. § 5K1.1 (# 90) is accepted for filing.

   Dated: April 16, 2007